IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

GIL CROSTHWAITE, ET AL.,

    Plaintiffs,                                           No. C 09-01979 JSW

    v.

E TICKET CONSTRUCTION, INC. and           **ORDER OF REFERRAL**
JOHN L. MONTGOMERY,

    Defendants.
_____/

On May 12, 2009, Plaintiffs filed a motion for entry of judgment against John L. Montgomery. Pursuant to Northern District Civil Local Rule 72-1, the Court HEREBY REFERS the motion to a randomly assigned Magistrate Judge to prepare a report and recommendation on the motion. If you do not hear from the Court regarding an assignment to a Magistrate Judge within 14 days, please contact this Court's Courtroom Deputy, Jennifer Ottolini at 415-522-4173.

**IT IS SO ORDERED.**

Dated: May 13, 2009

_____
JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE

cc: Wings Hom