United States District Court
For the Northern District of California

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

GIL CROSTHWAITE, ET AL.,

          Plaintiffs,

   v.

E TICKET CONSTRUCTION, INC. and
JOHN L. MONTGOMERY,

          Defendants.
_____/

No. C 09-01979 JSW

**ORDER OF REFERRAL TO
MAGISTRATE SPERO FOR ALL
PURPOSES**

     Pursuant to Northern District Civil Local Rule 73-1(b) and the parties' consent, this
matter is HEREBY REFERRED to Magistrate Judge Joseph C. Spero for all further
proceedings.

     **IT IS SO ORDERED.**

Dated: July 1, 2009

                     _____
                     JEFFREY S. WHITE
                     UNITED STATES DISTRICT JUDGE

cc: Wings Hom