UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

GIL CROSTHWAITE, ET AL.,                    No. C 09-01979  JCS

       Plaintiff(s),

  v.                                          **ORDER RE BANKRUPTCY STAY**

E TICKET CONSTRUCTION, ET AL.,

       Defendant(s).
_____/

     It appearing from the Notice of Bankruptcy and Automatic Stay, filed on August 17, 2009, that Defendant John L. Montgomery has filed a petition in bankruptcy and that an automatic stay is in effect, and as there appears no further reason to maintain the file as an open one for statistical purposes and good cause appearing therefor,

     IT IS HEREBY ORDERED that the Clerk of the Court shall submit a JS-6 form to the Administrative Office.

     IT IS FURTHER ORDERED that nothing contained herein shall be considered a dismissal or disposition of this action and should further proceedings become necessary or desirable, any party may initiate such proceedings in the same manner as if this order had not been entered.

     IT IS SO ORDERED.

Dated: September 30, 2009

_____
Joseph C. Spero
United States Magistrate Judge